# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

July 19, 2018

**BY ECF**

Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Pettiford v. City of New York* et al., No. 17-cv-5273 (ILG) (JO)

Your Honor,

    The parties write to inform the Court that they have agreed in principle to a Rule 68 Offer of Judgment to resolve this matter, including the payment of reasonable attorneys' fees and costs which will be negotiated between counsel.  By resolving this matter, the parties agree that the discovery dispute, for which the individual defendants were held in contempt of court, is resolved, as are all other pending motions.  As plaintiff considers his motion for sanctions to be resolved, plaintiff respectfully withdraws his letter motion, dated July 18, 2018.  Defendants request that the Order to Show Cause, dated July 18, 2018, be vacated.  Plaintiff takes no position with respect to that request.

    The parties thank the Court for its time and attention to this matter.

                          Respectfully,

                          Joshua S. Moskovitz

cc:    All Counsel of Record (by ECF)