# BERNSTEIN CLARKE & MOSKOVITZ

11 Park Place, Suite 914, New York, New York 10007
www.bcmlaw.com   Tel. (212) 321-0087   Fax (917) 722-0930

Andrew M. J. Bernstein
Lance A. Clarke
Joshua S. Moskovitz

September 12, 2018

**BY ECF**

Honorable James Orenstein
United States Magistrate Judge
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Pettiford v. City of New York* et al., No. 17-cv-5273 (ILG) (JO)

Your Honor,

    I write as Plaintiff's counsel to inform the Court that the parties have reached an agreement to resolve Plaintiff's costs and attorney's fees in connection with the Rule 68 offer of judgment, and the Clerk's Judgment entered on August 15, 2018 (ECF Doc. 118).

Respectfully,

Joshua S. Moskovitz

cc:    Evan Brustein (by ECF)